ORDERED.

Dated: September 25, 2023

*Catherine Peek McEwen*
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:  Case No. 8:23-bk-01947-CPM

Natasha Danielle Semple,  Chapter 7

    Debtor.
_____/

American Airlines Federal Credit Union,

    Plaintiff,
v.  Adv. No. 8:23-ap-00105-CPM

Natasha Danielle Semple,

    Defendant.
_____/

### ORDER DIRECTING THE CLERK TO REASSIGN PROCEEDING

THIS PROCEEDING was initiated by the Plaintiff on August 14, 2023. As of the date of entry of this order, no hearing or status conference has yet been held. Due to a current disparity in workloads and a willingness by the Hon. Jason A, Burgess, Bankruptcy Court Judge for the Middle District of Florida, Jacksonville Division, to preside over this adversary proceeding, it is

**ORDERED** that the Clerk is directed to reassign this adversary proceeding (but not the Debtor's main bankruptcy case) to Judge Burgess in accordance with Local Rule 1073-1(f).

The Clerk is directed to serve a copy of this order on Judge Burgess and any interested parties who do not receive service via CM/ECF.